IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § |
| Plaintiff, | § |
| v. | § |
| KELLER POSTMAN LLC, | § Case No. 6:23-cv-01109-PGB-LHP |
| Defendants. | § |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendant Keller Postman LLC respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendant are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines for Defendant related to the above-captioned matter and allow 21 days to submit the said Agreement.

July 11, 2023,	Respectfully submitted,

*Joshua Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § § § § |
| Plaintiff, | § § |
| v. | § § § |
| KELLER POSTMAN LLC, | § Case No. 6:23-cv-01109-PGB-LHP § § § § § § |
| Defendants. | § § |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Settlement, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Notice of Settlement be and is hereby **GRANTED;**

**SO ORDERED**

_____

**United States District Judge**

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | §<br>§<br>§ |
| Plaintiff, | § |
| v. | § |
| KELLER POSTMAN LLC, | § Case No. 6:23-cv-01109-PGB-LHP |
| Defendants. | § |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via electronic mail to Defendant.

July 11, 2023,　　　　　　　　　　Respectfully submitted,

*Joshua Cacho*

Joshua Cacho
Plaintiff, Pro Se
164 Estella Road
Lake Mary, Florida 32746
407-577-3881
jcacho1848@gmail.com