## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSHUA CACHO,**

        **Plaintiff,**

**v.**                             **Case No: 6:23-cv-1109-PGB-LHP**

**KELLER POSTMAN LLC,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Notice of Dismissal with Prejudice filed July 20, 2023.[1] (Doc. 10). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Keller Postman, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 21, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

---

[1]    The Plaintiff filed a Motion to Dismiss with Prejudice, (Doc. 10) which the Court construes as a Notice of Dismissal because a notice of settlement has already been filed and the case was administratively closed prior to the filing of said Motion.

Copies furnished to:

Counsel of Record
Unrepresented Parties

2